IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH D. BOLEK, IV,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security;<br><br>　　　　　Defendant. | **8:19CV328**<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order entered on this date, judgment is hereby entered in favor of the plaintiff and against the defendant.

Dated this 13th day of December, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge